THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARSHA CHANEY, #201607, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | 3:09-CV-414-TMH |
| ) | [WO] |
| ) | |
| CYNTHIA WHEELER-WHITE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **ORDER**

On July 2, 2009, the Magistrate Judge filed a Recommendation (Doc. 10) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 10) of the Magistrate Judge is ADOPTED; and

2. The petition for habeas corpus relief be DISMISSED without prejudice so Petitioner can pursue state court remedies available to her.

An appropriate judgment will be entered.

Done this 17th day of September, 2009.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE